# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 320 | **DATE** | 8/7/2009 |
| **CASE TITLE** | Mondry v. American Family Mutual Insurance Company | | |

**DOCKET ENTRY TEXT:**

Telephonic conference held. Mediation to be held at the Federal Courthouse in Madison on September 23, 2009. Exact time of mediation conference to be set at a later date.

*/s/ Philip G. Reinhard*

Electronic Notices.

00:15

| | Courtroom Deputy Initials: | JT |
|---|---|---|