# United States District Court, Western District of Wisconsin

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 320 | **DATE** | 9/28/2009 |
| **CASE TITLE** | Mondry v. American Family Mutual Insurance Company | | |

**DOCKET ENTRY TEXT:**

Minute Order dated 9/23/2009 is vacated as entered in error. Mediation conference held on September 23, 2009 and continued generally until the Supreme Court rules on Petition for Certiorari. Attorneys are then to contact this court for further mediation.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|