

June 30, 2003

**APPEAL REQUEST**

| | |
|---|---|
| CIGNA HealthCare        and | American Family Mutual Insurance Company |
| Routing 249 | 6000 American Parkway |
| One CIGNA Drive | Madison, WI 53783-0001 |
| P.O. Box 3088 | |
| Bourbonnais, IL 60914 | Att: Ken Dvorak |
| | Plan Administrator for CIGNA HealthCare |
| Att: Marsha Silberstein, MD | |
| Intracorp Physician Reviewer | |

Dear Marsha and Ken,

I am attaching a copy of a denial letter I recently got from CIGNA for speech therapy for my son.

I want to appeal the denial, and am requesting a complete copy of my Plan Documents. The document I was told to pull off of the American Family Intranet site is a Summary Plan Description, and is incomplete.

Thank you.

*Sharon R. Mondry*
221 Glen Hollow Road
Madison, WI 53705-1167

Enclosure

Cc: Jonathan Cope, Attorney
ABC for Health, Inc.
152 W. Johnson Street
Madison, WI 53703

and Leslie Wellauer, CCC/SLP
Communication Development Center
700 Rayovac Drive
Suite 200
Madison, WI 53711