IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHARON MONDRY,

                                                                       ORDER

                      Plaintiff,

                                                       06-cv-320-bbc

     v.

AMERICAN FAMILY
MUTUAL INSURANCE
COMPANY, CONNECTICUT
GENERAL LIFE INSURANCE
COMPANY and AMERIPREFERRED
PRO PLAN,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      After reviewing the parties' submissions on plaintiff's motion to set a briefing schedule on her motion for partial summary judgment, I am not persuaded that the proposed motion will expedite the resolution of this case. If the facts were so clear-cut as to support judgment in plaintiff's favor on her second claim, the court of appeals would not have remanded the issue for trial. Rather than spending the next six weeks briefing a motion for summary judgment, counsel would be better off preparing for what should be a fairly streamlined trial focused on the one remaining undecided issue.

ORDER

Plaintiff Sharon Mondry's motion to set a briefing schedule on her motion for partial summary judgment, dkt. #108, is DENIED, as is her motion for partial summary judgment, dkt. #93.

Entered this 18th day of June, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge
